■ DAIRYMEN'S LEAGUE COOPERATIVE ASSOCIATION, INC., Respondent, v. F. A. CONRAD, Individually and as President of MILK DRIVERS AND DAIRY EMPLOYEES UNION LOCAL No. 338, et al., Appellants.— Motion for reargument

denied; motion for leave to appeal to the Court of Appeals denied. Present —
Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.